# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **DOMINGO RIBOT RUIZ JR**<br>SSN xxx-xx-2491<br><br>Debtor(s) | CASE NO: **18-04122-MCF**<br><br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: 07/20/2018

Days From Petition Date: 34

910 Days Before Petition: 01/22/2016

Chapter 13 Plan Date: 07/20/2018 ☐ Amended

This is Debtor(s) 2 Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____  Amount: $ _____

First Meeting Date: 08/23/2018 at 8:00AM

341 Meeting Date: 08/23/2018 at 8:00AM

Confirmation Hearing Date: 10/05/2018 at 1:30PM

Plan Base: $30,000.00   Plan Docket #2

This is the 2 scheduled meeting.

Total Paid In: $500.00

---

*APPEREANCES:  ☐ Telephone   ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☒ ID & Soc. OK          Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☒ Examined     ☐ Not Examined under Oath        ☐ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present  ☒ Present

Name of Attorney Present (Other than Attorney of Record):   Lopez

☐ Pro-se

☒ Creditor(s) Present        ☐ None

BPPR-RIVERA, TREASURY-RIVERA

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **JESUS E BATISTA SANCHEZ***

Total Agreed: $0.00     Paid Pre-Petition: $0.00    Outstanding (Through the Plan): $0.00

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☐ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)

Projected Disposable Income: $ _____

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ _____ Estimated Priority Debt: $ _____

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00**

The Trustee: ☐ NOT OBJECTS ☐ OBJECTS  Plan Confirmation   Gen. Uns. Approx. Dist.: ____ %

§341 Meeting  ☒ CONTINUED  ☐ NOT HELD  ☐ CLOSED  ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for: September 20, 2018 at 2:00 pm

Comments: Attorney failed to bring file of the case.

---

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtor has failed to submit pay stubs pertaining to the months of June.

[1325(a)(6)] Payment Default Feasibility – Debtor(s) is in default with proposed plan payments, to the trustee and/or creditor(s).

Debtor has failed to commence making plan payments.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with plan scheduled distribution or no sufficient information to determine it.

[1325(a)(9)] Tax Requirements – Debtor(s) fails to comply with Tax Return filing requirement of [1308].

Debtor has failed to submit evidence of having filed local tax returns for years 2014 to 2017 and 1040 PR forms for years 2014 to 2017..

Pending objections

Popular Auto's Objection to Confirmation is pending. Docket #14. Re: Creditor does not accept the terms provided in the plan.

---

/s/ Jose R. Carrion, Esq.                    Meeting Date: Aug 23, 2018
    Trustee

/s/ Juliel Perez, Esq., Presiding Officer

Last Docket Verified: 14    Last Claim Verified: 1