IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-04122 (MCF) |
| DOMINGO RIBOT RUIZ | * | |
| Debtor(s) | * | CHAPTER 13 |
| -------------------------------------------------- | * | |

**OBJECTION TO CONFIRMATION OF PLAN**

TO THE HONORABLE COURT:

COMES NOW, ***COOPERATIVA DE AHORRO Y CREDITO ROOSEVELT ROADS***, hereinafter Cooperativa, through its undersigned attorneys and very respectfully to states and prays:

1. On July 20th, 2018, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. On September 4th, 2018, Cooperativa, a secured creditor of Debtor, filed Claim 4 in the amount of $134,702.14 (Claims Register, Claim 4), holding a duly registered mortgage lien over a commercial property of Debtor, described in the Registry of the Property as follows:

> ---**URBANA: Solar radicado en la Urbanización Baralt, situada en el Barrio Quebrada Fajardo, del término municipal de Fajardo, que se describe en el plano de inscripción con el número J-8, con un área de TRESCIENTOS CATORCE METROS CUADRADOS (314.00 m/c). En lindes por el NORTE, en una distancia de 26.20 metros, con el solar número 9; por el SUR, en una distancia de 24.95 metros, con el solar número 7; por el ESTE, en una distancia de 12.25 metros, con la calle principal; y por el OESTE, en una distancia de 12.31 metros, con Best Builders, Inc.**
>
> ---**Enclava una casa de concreto reforzado.**
>
> ---**Consta inscrita al folio 91 del tomo 474 de Fajardo, finca #3851A, inscripción decimotercera**.

Objection to Confirmation of Plan
18-04122 (MCF)

3. On August 8th, 2019, Cooperativa filed an objection to Debtor's Chapter 13 plan dated March 5th, 2019, (Docket Entry No. 50), since it fails to provide adequate protection payments and it also fails to provide for the full and complete payment of pre-petition arrears owed to Cooperativa. Also, the plan requests that this Honorable Court determines the value of Cooperativa's secured claim. The debtor indicates that the estimated value of Coopeartiva's secured claim and its collateral is $90,000.00 without providing any evidence of the value of Cooperativa's collateral. The plan also fails to provide interest rate payments as stated in the mortgage note.

4. Mr. Felipe R. Ortiz del Valle, State Certified General Appraiser, has issued an appraisal report on Cooperativa's collateral previously described on paragraph 2. On September12th, 2019, Mr. Ortiz del Valle prepared an Appraisal Report that establishes the value of the property at $150,000.00. See **Exhibit A**, Appraisal Report.

5. On March 31st, 2019, the Chapter 13 Trustee filed an unfavorable recommendation for the confirmation of Debtor's Chapter 13 plan. (Docket No. 39). As of this date, Debtor has not filed an amended plan. A Confirmation Hearing has been scheduled for October 17th, 2019. (Docket No. 44).

6. The plan fails to comply with section 1325 (a) (5) of the Bankruptcy Code, since it does not provide for adequate protection payments and for the complete and full payment of Cooperativa's secured amended claim.

7. Section 1325 (a) (5) states as follows:

> "…(a) Except as provided in subsection (b), the court shall confirm a plan if-
> …
> (5) with respect to each allowed secured claim provided for by the plan—

2

Objection to Confirmation of Plan
18-04122 (MCF)

>   *(A) the holder of such claim has accepted the plan;*
>   *(B) (i) the plan provides that*
>       *(I) the holder of such claim retain the lien securing such claim until the earlier of –*
>           *(aa) the payment of the underlying debt determined under nonbankruptcy law; or*
>           *(bb) discharge under section 1328; and;*
>       *(II) if the case under this chapter is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable nonbankruptcy law; and*
>   *(ii) the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; and*
>   *(iii) if-*
>       *(I) property to be distributed pursuant to this subsection is in the form of periodic payments, such payments shall be in equal amounts; and*
>       *(II) the holder of the claim is secured by personal property, the amount of such payments shall not be less than an amount sufficient to provide to the holder of such claim adequate protection during the period of the plan…".*

8. See: **In re Butler**, 403 B.R. 5, (Bankr. D. Ariz.2009) stating that pursuant to section 1325(a)(5)(B)(iii)(I), *"…the debtor must propose a plan that provides for equal monthly payments to that secured creditor. Those proposed plan payments to that secured creditor cannot be less than an amount sufficient to provide adequate protection to the creditor during the period of the plan…"*. The purpose of section 1325 (a)(5)(B)(iii)(I) *"…is to make sure that creditors whose claims secured by personal property remain adequately protected during the period of the plan or until the creditor's claim is paid in full…"*.

9. Simply stated, Debtor's proposed plan fails to comply with sections §1325(a)(5)(B)(iii)(I) and §1325 (a) (6), since the plan fails to provide adequate protection payments and equal monthly mortgage payments to Cooperativa as stated in the mortgage deed and promissory note.

10. Cooperativa respectfully requests a valuation hearing in order for this Honorable Court to determine the value of Cooperativa's collateral.

*WHEREFORE*, Cooperativa respectfully requests this Motion be granted denying confirmation of Debtors' Chapter 13 Plan, and an Order scheduling a valuation hearing to determine the value of Cooperativa's collateral.

**RESPECTFULLY SUBMITTED**

*CERTIFICATE OF MAILING:* I electronically filed the foregoing *"Objection to Confirmation of Plan"* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants: *Jesus E. Batista Sanchez, Esq.*; *Jose R. Carrion Morales, Chapter 13 Trustee;* through certified U.S. Mail to: *Debtor* at Barriada Obrera, 254 Calle Jorge Bird Diaz, Fajardo, P.R. 00738; *Jesus E. Batista Sanchez, Esq.,* at P.O. Box 191059, San Juan, PR 00919; *Jose R. Carrion Morales, Chapter 13 Trustee* at P.O. Box 9023884, San Juan, PR 00902-3884; and to non CM/ECF participants all creditors and parties in interest through First Class, U.S. Mail as per the attached master list.

In San Juan, Puerto Rico, this 18th day of September, 2019.

/s/ **CARLOS A. QUILICHINI PAZ**
**USDC-PR 120906**
**JESSICA M. QUILICHINI ORTIZ**
**USDC-PR 223803**
Attorneys for Appearing Party
P.O. Box 9020895
San Juan, PR 00902-0895
Phone 787-729-1720
Fax 787-724-6000
quilichinipazc@microjuirs.com

4

```
Label Matrix for local noticing      COOP A/C ROOSEVELT ROADS          POPULAR AUTO
0104-3                               PO BOX 31                         PO BOX 366818
Case 18-04122-MCF13                  FAJARDO, PR 00738-0031            SAN JUAN, PR 00936-6818
District of Puerto Rico
Old San Juan
Wed Sep 18 11:01:57 AST 2019

US Bankruptcy Court District of P.R. ANDRES LOPEZ CALDERON             COOP A/C ROOSEVELT ROAD
Jose V Toledo Fed Bldg & US Courthouse URB. BARALT AVENIDA PRINCIPAL J8 PO BOX 31
300 Recinto Sur Street, Room 109     FAJARDO, PR 00738-3771            FAJARDO, PR  00738-0031
San Juan, PR 00901-1964


CRIM                                 DEPARTAMENTO DE HACIENDA          DEPARTMENT OF TREASURY
PO Box 195387                        PO Box 9024140                    BANKRUPTCY SECTION 424 B
San Juan, PR  00919-5387             San Juan, PR  00902-4140          PO BOX 9024140
                                                                       SAN JUAN, PR 00902-4140


EMILIANO ROSA H/N/C TALLER JUNIOR    FIRST PREMIER                     GILBERTO RODRIGUEZ PAGAN
PO Box 380                           3820 N. LOUISE AVE.               URB. BARALT AVENIDA PRINCIPAL J8
Palmer, PR  00721-0380               SIOUX FALLS, SD 57107-0145        FAJARDO, PR 00738-3771


INTERNAL REVENUE SERVICE             Lcdo. CARLOS A. QUILICHINI PAZ    Midland Funding LLC
DEPARTMENT OF TREASURY               351 TETUAN                        PO Box 2011
INTERNAL REVENUE SERVICE             SAN JUAN, PR 00901-1934           Warren, MI 48090-2011
PHILADELPHIA, PA  19154


NILDA L. GARAY                       POPULAR AUTO                      POPULAR AUTO
P.O. BOX 380                         BANKRUPTCY DEPARTMENT             PO Box 362708
PALMER, PR 00721-0380                PO BOX 366818                     San Juan, PR  00936-2708
                                     SAN JUAN PUERTO RICO 00936-6818


POPULAR AUTO, LLC.                   SYNCB/WALMART                     DOMINGO RIBOT RUIZ Jr.
ALTAMIRA POPULAR CENTER              PO Box 530927                     BARRIADA OBRERA
1901 AVE. JESUS T PINERO 445         Atlanta, GA  30353-0927           254 CALL JORGE BIRD DIAZ
SAN JUAN, PR 00920-5621                                                FAJARDO, PR 00738


JESUS ENRIQUE BATISTA SANCHEZ        JOSE RAMON CARRION MORALES        MONSITA LECAROZ ARRIBAS
THE BATISTA LAW GROUP, PSC           PO BOX 9023884                    OFFICE OF THE US TRUSTEE (UST)
P.O. Box 191059                      SAN JUAN, PR 00902-3884           OCHOA BUILDING
SAN JUAN, PR 00919-1059                                                500 TANCA STREET  SUITE 301
                                                                       SAN JUAN, PR 00901


NOEMI CARABALLO LOPEZ                End of Label Matrix
PO BOX 43002                         Mailable recipients    24
RIO GRANDE, PR 00745-6601            Bypassed recipients     0
                                     Total                  24
```